IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 3:17-cr-190
                                  Also 3:19-cv-87

                                    District Judge Walter H. Rice
- vs -                                Magistrate Judge Michael R. Merz

DEANDRE EUGENE WHITE,

        Defendant.    :

## RECOMMITTAL ORDER

This case is before the Court on Defendant's Objections (ECF No. 63) to the Magistrate Judge's Report and Recommendations (ECF No. 61).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

September 10, 2019.

                                                            Walter H. Rice
                                                United States District Judge