# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No. 3:17-cr-190 |
| Plaintiff, | * | |
| | | District Judge Walter H. Rice |
| -v- | * | Magistrate Judge Michael R. Merz |
| DEANDRE EUGENE WHITE, | * | |
| Defendant. | * | |

## DEFICIENCY ORDER

This case is before the Court on Defendant's filing of a Notice of Appeal (ECF No. 73) which was not accompanied by the appellate filing fee of $505.00.

Pursuant to *McGore v. Wrigglesworth,* 114 F. 3d 601 (1997), it is hereby ORDERED that Defendant pay the filing fee of $505.00 not later than **December 23, 2019**, to the Clerk of this Court, **OR** file by that date with the Sixth Circuit a motion to proceed on appeal *in forma pauperis*.

Failure to pay the filing fee or file a motion to proceed *in forma pauperis* with supporting documents with the Sixth Circuit (1) may result in dismissal of the appeal for failure to prosecute and (2) will result in this Court's assessing the entire filing fee against Defendant. If the appeal is dismissed for failure to prosecute, it will not be reinstated despite subsequent payment or filing of the *in forma pauperis* application.

The Clerk shall certify a copy of this Order to the Sixth Circuit Court of Appeals.

November 21, 2019.

*s/ Michael R. Merz*
United States Magistrate Judge